UNITED STATES DISTRICT COURT

for

EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

U.S.A. vs. Shamika Kendra Jefferson         Docket No. 5:10-M-1683-1

Petition for Action on Probation

COMES NOW Mindy L. Threlkeld, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Shamika K. Jefferson, who, upon an earlier plea of guilty to 18 U.S.C. §1382, Trespassing, was sentenced in the Eastern District of Virginia by the Honorable M. Hannah Lauck, U.S. Magistrate Judge, on May 24, 2010, to a 12 month term of probation under the standard conditions adopted by the court and the following additional condition:

1. The defendant shall serve Ten (10) Days of intermittent confinement, to be served on weekends, as directed by the probation officer.

Jurisdiction was transferred to the Eastern District of North Carolina on August 5, 2010.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant was ordered to serve 10 days incarceration as a condition of probation. The defendant is five months pregnant, unemployed, and has no transportation to travel to the U.S. Marshals Office in Raleigh to be processed before beginning her term of incarceration. It is requested that the 10 days incarceration be stricken and that the defendant serve 30 days of home detention in lieu of the intermittent confinement. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that the condition requiring the defendant to serve 10 days of intermittent confinement be stricken and replaced with the following condition:

1. The defendant shall abide by all conditions and terms of the home detention program for a period not to exceed 30 consecutive days. The defendant shall be restricted to her residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures specified by the probation officer. The defendant shall pay for electronic monitoring services as directed by the probation officer.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert L. Thornton<br>Robert L. Thornton<br>Supervising U.S. Probation Officer | /s/ Mindy L. Threlkeld<br>Mindy L. Threlkeld<br>U.S. Probation Officer<br>310 Dick Street<br>Fayetteville, NC 28301-5730<br>Phone: (910) 483-8613<br>Executed On: November 16, 2010 |

Shamika Jefferson
Docket No. 5:10-M-1683-1
Petition For Action
Page 2

## ORDER OF COURT

Considered and ordered this 17 day of November, 2010, and ordered filed and made a part of the records in the above case.

_____
James E. Gates
U.S. Magistrate Judge